30  545
d80a  133

MARMADUKE *et al.*, Plaintiffs in Error, v. HANNIBAL AND ST. JOSEPH RAILROAD Co. *et al.*, Defendants in Error.

1. A bill of peace to quiet title can not be maintained where the title has not been called in question in actions at law in the nature of actions of ejectment.

## *Error to Macon Circuit Court.*

This was an action against the Hannibal and St. Joseph Railroad Company and others to determine and quiet the title to several pieces of land. Plaintiffs, as appears from the petition, claim title to said lands as a portion of the swamp lands given to the state of Missouri by act of Congress of September 28, 1850, and granted by the state to Macon county by act of March 3, 1851, and acquired under the county by plaintiffs. The Hannibal and St. Joseph Railroad Company claimed to own said lands under act of Congress of June 10, 1852; and of the state, of September 20, 1852. Plaintiffs set forth that the Hannibal and St. Joseph Railroad had mortgaged said lands to defendants and were trying to sell them. Plaintiffs prayed for an injunction against the sale of the lands.

*Prewitt*, for plaintiffs in error.

*Lamb & Lakenan*, for defendants in error, cited 28 Mo. 211.

EWING, Judge, delivered the opinion of the court.

This was a proceeding in the nature of a bill of peace, and the case is not distinguishable from that of Patterson & wife v. McCamant, 28 Mo. 211.

Judgment affirmed; the other judges concurring.